B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mukherji, Ashoke Aditya** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Bappa Mukherji** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4935** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**6 Castlewood Court**<br>**Nashville, TN**　　　　　　　　　ZIP Code **37215** | Street Address of Joint Debtor (No. and Street, City, and State):　　　　ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Davidson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor | Nature of Business | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| (Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>　*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>　check this box and state type of entity below.) | (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>　in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7　　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9　　　of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13　　of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>　under Title 26 of the United States<br>　Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts,　■ Debts are primarily<br>　defined in 11 U.S.C. § 101(8) as　　business debts.<br>　"incurred by an individual primarily for<br>　a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>　attach signed application for the court's consideration certifying that the<br>　debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>　Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>　attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>　☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>　☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>　　are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>　　in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
　there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mukherji, Ashoke Aditya** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)              (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mukherji, Ashoke Aditya** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Ashoke Aditya Mukherji**

Signature of Debtor   **Ashoke Aditya Mukherji**

X  _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 2, 2015**

Date

### Signature of Attorney*

X  **/s/ Timothy G. Niarhos**

Signature of Attorney for Debtor(s)

**Timothy G. Niarhos 014428**

Printed Name of Attorney for Debtor(s)

**Timothy G. Niarhos, Attorney at Law**

Firm Name

**321 29th Avenue North**
**Nashville, TN 37203**

Address

                                **Email: tim@niarhos.com**

**615-320-1101 Fax: 615-320-1102**

Telephone Number

**October 2, 2015**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X  _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Ashoke Aditya Mukherji** _____    Case No. _____

                                                  Debtor(s)         Chapter     **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ashoke Aditya Mukherji**
_____
                                **Ashoke Aditya Mukherji**

Date:   **October 2, 2015**
_____

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Ashoke Aditya Mukherji** _____,     Case No. _____

                                     Debtor

                                                         Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 7,726.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 7,010,405.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 13,467.70 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,777.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 7,726.00 | | |
| Total Liabilities | | | | 7,010,405.98 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Ashoke Aditya Mukherji**

Debtor

,

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re    **Ashoke Aditya Mukherji**                                       ,     Case No. _____

                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

|  |  |  |
| --- | --- | --- |
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re **Ashoke Aditya Mukherji**
,                                    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cash** | - | 700.00 |
| | | **Pinnacle Bank - checking account** | - | 0.00 |
| | | **Coffee County Bank - checking account** | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings (see attached list prepared by Massa Estate Group)** | J | Unknown |
| | | **Total value of all jointly owned property: $7,013.00** | | |
| | | **SURVIVOSHIP INTEREST ONLY** | | |
| | | **Men's valet, Ryobi weed eater, theatre couch, love seat and recliner (from attached list prepared by Massa Estate Group)** | - | 443.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes** | - | 1,000.00 |
| 7. Furs and jewelry. | | **Rolex watch (included in attached list prepared by Massa Estate Group)** | - | 2,850.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Used golf clubs (included on attached list prepared by Massa Estate Group)** | - | 20.00 |

|  |  |
|---|---:|
| Sub-Total > | 5,113.00 |
| (Total of this page) | |

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re  **Ashoke Aditya Mukherji**                                                    ,      Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtor holds approx. 27.0% ownership of McArthur 23, LLC** | - | Unknown |
| | | **Asset of company consist of: 23 acres of undeveloped commercial real property in Manchester, TN subject to approx. $650,000 in debt (Homeland Community Bank)** | | |
| | | **Debtor holds 4.4 shares (approx. 1% ownership) of Coffee Medical Group, LLC** | - | Unknown |
| | | **Company owns United Regional Medical Center in Manchester, TN** **Stock of company is pledged as collateral for loan of United Regional Investors Group, LLC and is subject to $3.6 million of debt to Coffee County Bank and $1.5 million of debt to ReVal Financial NPL, LLC** | | |
| | | **Company also owns Unity Medical Center** | | |
| | | **Company also purchased Coffee County Hospital Group, Inc. (known as Medical Center of Manchester), subject to assumed debt of American City Bank ($5.5 milllion) and promissory note used to finance purchase ($7.8 million). Debtor has a limited guarantee of $500,000** | | |
| | | **Company was valued at $17.2 million, subject to over $17.2 million of debt** | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Ashoke Aditya Mukherji**                                    ,          Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Debtor holds approx. 17.5% ownership of United Regional Physicians Group, LLC** | - | **Unknown** |
| | | **Company owns medical office building in Manchester, TN - 1034 McArthur Ave, subject to $1,100,000.00 loan (Coffee County Bank)** | | |
| | | **Debtor holds approx. 9.85% ownership of United Regional Investors Group, LLC** | - | **Unknown** |
| | | **Company owns 39.9% interest in Coffee Medical Group, LLC** <br> **Stock of company is pledged as collateral for loan of United Regional Investors Group, LLC** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **Ashoke Aditya Mukherji**                                    ,          Case No. _____
                                                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Honda Odyssey Minivan**<br>**130,000 miles - cosmetic damage** | J | 2,613.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **4 dogs, 7 cats, 2 birds, 2 lizards, 1 snake, 1 ferret, 1 opossum** | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 2,613.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 7,726.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# Massa Estate Group
### 339-D ROCKLAND RD.
### HENDERSONVILLE, TENNESSEE 37075

## EXHIBIT "A"

## PREPARED FOR: BAPPA MUKHERJI
## AT THE REQUEST OFF: TIM NAIRHOS

| ITEM | QTY | LIQ VAL | TOT LIQ | |
|------|-----|---------|---------|---|
| KIDNEY SHAPED EXECUTIVE DESK AND CREDENZA | 1 | 475 | $ 475.00 | |
| MISC CPUS MOSTLY OOS | 1 | 100 | $ 100.00 | |
| 4 DRAWER CHEST | 1 | 65 | $ 65.00 | |
| PAIR TAPESTRY CHAIRS | 1 | 125 | $ 125.00 | |
| JUSTICE STATUE ON PEDESTAL | 1 | 75 | $ 75.00 | |
| GLOBE | 1 | 25 | $ 25.00 | |
| LAMP | 1 | 10 | $ 10.00 | |
| BARRISTERS BOOKCASE 5 TIER | 1 | 85 | $ 85.00 | |
| MISC BOOKS | 1 | 200 | $ 200.00 | |
| LEATHER EXECUTIVE CHAIR | 1 | 45 | $ 45.00 | |
| 2 DOOR CARVED CABINET | 1 | 85 | $ 85.00 | |
| HP OFFICE JET 7612 | 1 | 25 | $ 25.00 | |
| MASTER BEDROOM SUITE W KING BED, 2 NIGHT STANDS, CONSOLE DRESSER | 1 | 350 | $ 350.00 | |
| PAIR URN LAMPS | 1 | 20 | $ 20.00 | |
| MEN'S VALET | 1 | 20 | $ 20.00 | ← H only |
| LEATHER OTTOMAN | 1 | 5 | $ 5.00 | |
| PAIR DIAMOND SHAPED CLOTH ARM CHAIRS | 1 | 25 | $ 25.00 | |
| HARMON KARDON AMP | 1 | 25 | $ 25.00 | |
| PIONEER ELITE TV | 1 | 12 | $ 12.00 | |
| GO VIDEO VCR | 1 | 10 | $ 10.00 | |
| WOOD SECTIONAL ENTERTAINMENT CENTER | 1 | 45 | $ 45.00 | |
| CELLO ART MARVIN POSEY | 1 | 200 | $ 200.00 | |
| 5' STEP LADDER | 1 | 20 | $ 20.00 | |
| ROLEX SUBMARINER | 1 | 2850 | $ 2,850.00 | ← H only |
| CLOTH STRIPED SECTIONAL | 1 | 25 | $ 25.00 | |
| PAIR IRON BASE CHERRY TOP END TABLES | 1 | 45 | $ 45.00 | |
| DOG KENNEL | 1 | 10 | $ 10.00 | |
| GLASS TOP COFFEE TABLE | 1 | 35 | $ 35.00 | |
| SONY LCD 46" TV | 1 | 250 | $ 250.00 | |

Massa Estate Group - REAL ESTATE, AUCTIONS, APPRAISALS

| Item | Qty | Price | Total |
|---|---|---|---|
| LASKO FAN | 1 | 10 | $ 10.00 |
| INFINITI SURROUND SYSTEM | 1 | 35 | $ 35.00 |
| DISNEY SCULPTURE | 18 | 50 | $ 900.00 |
| FANTASIA SCULPTURE | 1 | 250 | $ 250.00 |
| 8X10 RUG | 1 | 45 | $ 45.00 |
| WICKER COUCH, CHAIR, OTTOMAN, COFFEE TABLE | 1 | 25 | $ 25.00 |
| CAT CONDO | 1 | 4 | $ 4.00 |
| FERRET CONDO | 1 | 10 | $ 10.00 |
| PATIO SET ALUMINUM W GRANITE TOP, TAB 6 CHAIRS, SIDE TABLE, 2 CHAIRS, 2 CHAIRS W OTTOMAN | 1 | 350 | $ 350.00 |
| SS GRILL | 1 | 75 | $ 75.00 |
| MISC STEMWARE | 1 | 25 | $ 25.00 |
| DOG CAGE | 1 | 5 | $ 5.00 |
| MISC COOKWARE | 1 | 125 | $ 125.00 |
| MISC DINNERWARE | 1 | 50 | $ 50.00 |
| NEAT RECEIPTS | 1 | 50 | $ 50.00 |
| GATEWAY CPU | 1 | 20 | $ 20.00 |
| RYOBI CHOP SAW | 1 | 45 | $ 45.00 |
| MISC KITCHEN GADGETS AND SMALL APPLIANCES | 1 | 300 | $ 300.00 |
| KENMORE UPRIGHT FREEZER | 1 | 220 | $ 220.00 |
| HONDA PUSH MOWER | 1 | 65 | $ 65.00 |
| MISC OOS ELECTRONICS | 1 | 45 | $ 45.00 |
| RYOBI WEED EATER | 1 | 20 | $ 20.00 |
| SAND BLASTER | 1 | 35 | $ 35.00 |
| MISC SMALL TOOLS | 1 | 20 | $ 20.00 |
| SENTRY FIRE SAFE FILE CAB | 1 | 200 | $ 200.00 |
| DINING TABLE 8 CHAIRS, BUFFETT, CHINA CABINET | 1 | 450 | $ 450.00 |
| LENOX PRESIDENTIAL HANCOCK SVC FOR 8 | 1 | 50 | $ 50.00 |
| MIKASA GOLD RIM WINE STEM | 26 | 2 | $ 52.00 |
| GORHAM SS SVC FOR 8 | 1 | 25 | $ 25.00 |
| BLUE 6X9 RUG | 1 | 45 | $ 45.00 |
| POSEY OIL PAINTING | 1 | 125 | $ 125.00 |
| CLOTH SOFA | 1 | 25 | $ 25.00 |
| CLOTH OVERSIZED CHAIR | 1 | 10 | $ 10.00 |
| KENMORE ELITE WASHER AND DRYER | 1 | 350 | $ 350.00 |
| PRECOR ELLIPTICAL | 1 | 45 | $ 45.00 |
| STAR TRAC TREADMILL | 1 | 25 | $ 25.00 |
| VISION FITNESS RECUMBENTS BIKE | 1 | 20 | $ 20.00 |
| STAR TRAC STEPPER | 1 | 20 | $ 20.00 |
| MISC MEDIA, TAPES, DVDS, CDS | 1 | 200 | $ 200.00 |

*Handwritten note next to RYOBI WEED EATER row: "← H only"*

Massa Estate Group – REAL ESTATE, AUCTIONS, APPRAISALS

10/1/2015

| | | | | |
|---|---|---|---|---|
| SILVER STREAK AIR HOCKEY | 1 | 45 | $ | 45.00 |
| PROSCAN 32" LCD TV | 1 | 175 | $ | 175.00 |
| THEATRE COUCH, LOVE SEAT, RECLINER | 1 | 400 | $ | 400.00 | ← *Hb only* |
| WOOD STORAGE CABINET | 1 | 10 | $ | 10.00 |
| SEGA | 1 | 3 | $ | 3.00 | ← *H only* |
| POKER TABLE | 1 | 25 | $ | 25.00 |
| GOLF CLUBS | 1 | 20 | $ | 20.00 | ← *H only* |
| TRAMPOLINE | 1 | 15 | $ | 15.00 |
| | | | $ 10,326.00 | |

Massa Estate Group – REAL ESTATE, AUCTIONS, APPRAISALS

In re    **Ashoke Aditya Mukherji**                       Case No. _____

                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                   $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Cash** | **Tenn. Code Ann. § 26-2-103** | **700.00** | **700.00** |
| **Coffee County Bank - checking account** | **Tenn. Code Ann. § 26-2-103** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings (see attached list prepared by Massa Estate Group)** | **11 U.S.C. § 522(b)(3)(B)** | **100% of FMV** | **Unknown** |
| **Total value of all jointly owned property: $7,013.00** | | | |
| **SURVIVOSHIP INTEREST ONLY** | | | |
| **Men's valet, Ryobi weed eater, theatre couch, love seat and recliner (from attached list prepared by Massa Estate Group)** | **Tenn. Code Ann. § 26-2-103** | **443.00** | **443.00** |
| **Wearing Apparel** | | | |
| **Clothes** | **Tenn. Code Ann. § 26-2-104** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Rolex watch (included in attached list prepared by Massa Estate Group)** | **Tenn. Code Ann. § 26-2-103** | **2,850.00** | **2,850.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Used golf clubs (included on attached list prepared by Massa Estate Group)** | **Tenn. Code Ann. § 26-2-103** | **20.00** | **20.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Honda Odyssey Minivan 130,000 miles - cosmetic damage** | **Tenn. Code Ann. § 26-2-103** | **2,613.00** | **2,613.00** |

                                               Total:      **14,739.00**      **7,726.00**

<u>_0_</u> continuation sheets attached to Schedule of Property Claimed as Exempt

In re __Ashoke Aditya Mukherji_____,    Case No. _____
                                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

In re    **Ashoke Aditya Mukherji**                                ,      Case No. _____

                                            **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re __Ashoke Aditya Mukherji_____,     Case No. _____
                                                **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY** | | | | | | |
| **Internal Revenue Service Centralized Insolvency Office P.O. Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 0.00 | 0.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re    **Ashoke Aditya Mukherji**                          ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American City Bank** <br>**340 West Lincoln Street** <br>**Tullahoma, TN 37388** | - | | RE: Personal guaranty of loan for Gics Foods, LLC | X | | | 0.00 |
| Account No. <br><br>**American Express** <br>**PO Box 650448** <br>**Dallas, TX 75265-0448** | - | | | | | | 3,000.00 |
| Account No. .........**3008** <br><br>**American Express Centurion Bank** <br>**4315 South 2700 West** <br>**Salt Lake City, UT 84184** | - | | RE: Davidson County General Sessions <br>Docket No. 13GC11273 | | | | 2,905.54 |
| Account No. <br><br>**Zwicker & Associates, PC** <br>**5409 Maryland Way, Suite 333** <br>**Brentwood, TN 37027** | | | Additional Notice: <br>**American Express Centurion Bank** | | | | **Notice Only** |

**9**  continuation sheets attached

Subtotal
(Total of this page)      **5,905.54**

S/N:39626-150817   Best Case Bankruptcy

In re **Ashoke Aditya Mukherji** Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Zwicker & Associates, PC** <br>**5409 Maryland Way, Suite 110** <br>**Brentwood, TN 37027** | | | Additional Notice: <br>**American Express Centurion Bank** | | | | **Notice Only** |
| Account No. <br><br>**Auto Owners Insurance** <br>**6101 Anacapri Blvd** <br>**Lansing, MI 48917** | | - | **RE: Davidson County Chancery Court Docket No. 13-70-II** | | | X | **50,000.00** |
| Account No. <br><br>**Kay, Griffin, Enkema & Colbert** <br>**222 2nd Avenue North** <br>**Nashville, TN 37201** | | | Additional Notice: <br>**Auto Owners Insurance** | | | | **Notice Only** |
| Account No. <br><br>**Thomas Shumate, IV** <br>**Meridian Law** <br>**2002 Richard Jones Road, Suite B-200** <br>**Nashville, TN 37215** | | | Additional Notice: <br>**Auto Owners Insurance** | | | | **Notice Only** |
| Account No. <br><br>**Bhaskar Mukherji** <br>**2110 32nd Avenue South** <br>**Nashville, TN 37212** | | - | | | | | **50,000.00** |

Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **100,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __Ashoke Aditya Mukherji_____,  Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Business Development Corporation of SC** <br> **ATTN: Ron W. Paull, Sr. Vice President** <br> **PO Box 21823** <br> **Columbia, SC 29221** | X | - | | | **Contingent Liability / Secured loan for Gics Foods, LLC** | X | | | 600,000.00 |
| Account No. <br><br> **Chitra Mukherji** <br> **518 West Main Street** <br> **McMinnville, TN 37110** | | - | | | **Funds used to pay business debts** | | | | 500,000.00 |
| Account No. <br><br> **Chitra Mukherji** <br> **518 West Main Street** <br> **McMinnville, TN 37110** | | - | | | | | | | 750,000.00 |
| Account No. <br><br> **Chitra Mukherji Revocable Trust** <br> **518 West Main Street** <br> **McMinnville, TN 37110** | | - | | | **Funds used to pay business debts** | | | | 350,000.00 |
| Account No. <br><br> **Coffee County Bank** <br> **2070 Hillsboro Bouleveard** <br> **PO Box 1109** <br> **Manchester, TN 37355** | X | - | | | **Contingent Liability / Secured loan for United Regional Physicians Group, LLC, Secured by medical office building in Manchester, TN. Debtor is jointly & severally liable as guarantor.** | X | | | 1,100,000.00 |

Sheet no. __2___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal <br> (Total of this page) | 3,300,000.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re    **Ashoke Aditya Mukherji**                          ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Coffee County Bank** <br> **2070 Hillsboro Bouleveard** <br> **PO Box 1109** <br> **Manchester, TN 37355** | X | - | **Contingent Liability / Secured loan for Coffee Medical Group, LLC** | X | | | 500,000.00 |
| Account No. <br><br> **Community Banks of Colorado** <br> **277 Broadway, Suite C** <br> **Denver, CO 80203** | | - | | | | | 105,492.22 |
| Account No. <br><br> **Nabtional Bank Holdings Corp (NBH)** <br> **7800 East Orchard Road, Suite 300** <br> **Englewood, CO 80111** | | | **Additional Notice:** <br> **Community Banks of Colorado** | | | | **Notice Only** |
| Account No. <br><br> **DWC Construction** <br> **800 6th Avenue S #100** <br> **Nashville, TN 37203** | | - | **RE: Davidson County Chancery Court Docket No. 12-1001-III** | | | X | 268,957.09 |
| Account No. <br><br> **William H. Tate, Esq.** <br> **201 Fourth Avenue North** <br> **Suite 1900** <br> **Nashville, TN 37218** | | | **Additional Notice:** <br> **DWC Construction** | | | | **Notice Only** |

Sheet no. __3__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal       | 874,449.31
                         (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

In re __Ashoke Aditya Mukherji__ ,   Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | RE: Reliant Bank, remaining fees, costs, etc. following foreclosure of 5231 Granny White Pike, Nashville, TN; 1215 Mary Helen Drive, Nashville, TN; 1223 Mary Helen Drive, Nashville, TN | | | | |
| Ernest B. Williams IV, PLLC c/o Michael B. Schwegler PO Box 159264 Nashville, TN 37215 | | - | | | | | | |
| | | | | | | | | 20,543.68 |
| Account No. | | | | RE: Davidson County Circuit Court Docket No. 13C1974 | | | | |
| Guy Brown Management, LLC c/o John Cheadle, Jr. 2404 Crestmoor Rd Nashville, TN 37215 | | - | | | | | | |
| | | | | | | | | 398,761.64 |
| Account No. | | | | | | | | |
| Guy Brown Management, LLC 320 Seven Springs Way, Suite 450 Brentwood, TN 37027 | | | | Additional Notice: Guy Brown Management, LLC | | | | Notice Only |
| Account No. | | | | 23 acres of undeveloped commercial property in Manchester, TN (owned by McArthur 23, LLC) Debtor is personal guarantor | | | | |
| Homeland Community Bank 900 North Chancery Street McMinnville, TN 37110 | | - | | | | | | |
| | | | | | | | | 650,000.00 |
| Account No. | | | | Contingent Liability / Secured loan for McArthur 23, LLC | | | | |
| Homeland Community Bank 900 North Chancery Street McMinnville, TN 37110 | X | - | | | X | | | |
| | | | | | | | | 650,000.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,719,305.32**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ashoke Aditya Mukherji** , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Legends Bank**<br>**2213 Crestmoor Road**<br>**Nashville, TN 37215** | | - | RE: Williamson County Chancery Court Docket No. 41310 | | | X | **50,000.00** |
| Account No.<br><br>**Batson Nolan**<br>**ATTN: Matthew J. Ellis, Esq.**<br>**121 S 3rd Street**<br>**Clarksville, TN 37040** | | | Additional Notice:<br>Legends Bank | | | | **Notice Only** |
| Account No.<br><br>**Mark O. Neal & Lisa J. Neal**<br>**5107 High Valley Drive**<br>**Graysville, TN 37338** | | - | RE: Davidson County General Sessions Docket No. 12GC17939 | | | | **Unknown** |
| Account No.<br><br>**Richard M. Smith, Esq.**<br>**Smith Cashion & Orr**<br>**231 Third Avenue North**<br>**Nashville, TN 37201** | | | Additional Notice:<br>Mark O. Neal & Lisa J. Neal | | | | **Notice Only** |
| Account No.<br><br>**Marketplace Staffing Services, Inc.**<br>**200 Adley Way**<br>**Greenville, SC 29607** | X | | NOTICE ONLY<br><br>Guaranty for Gics Foods, LLC<br><br>RE: Greenville South Carolina Court of Common Pleas Case No. 2014-CP-00303; Davidson County, TN Circuit Court Case No. 14C1329 | | | | **0.00** |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **50,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **Ashoke Aditya Mukherji**                                      ,                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Shunta Grant, Esq.** **550 South Main Street, Suite 400** **Greenville, SC 29601** | | | | Additional Notice: **Marketplace Staffing Services, Inc.** | | | | **Notice Only** |
| Account No. | | | | RE: Davidson County Chancery Court Docket No. 12-1353-II | | | | |
| **NextGear Capital, Inc.** **fka Dealer Services Company** **1320 City Center Drive** **Carmel, IN 46032** | X | - | | | | | X | **382,543.46** |
| Account No. | | | | | | | | |
| **Dealer Services Corporation** **1320 City Center Drive, Suite 100** **Carmel, IN 46032** | | | | Additional Notice: **NextGear Capital, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Frost Brown Todd** **ATTN: William Helou & Mark Donnell** **150 3rd Ave South** **Nashville, TN 37201** | | | | Additional Notice: **NextGear Capital, Inc.** | | | | **Notice Only** |
| Account No. | | | | RE: Beaufort County South Carolina Court of Common Pleas Case No. 2013-CP-07-2384 | | | | |
| **Palm Financial Services, Inc.** **c/o McNair Law Firm, P.A.** **Post Office Drawer 3** **Hilton Head Island, SC 29938** | | - | | | | | | **5,000.00** |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**387,543.46**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Ashoke Aditya Mukherji** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | NOTICE ONLY | | | | |
| **Reliant Bank** **1736 Carothers Parkway** **Suite 100** **Brentwood, TN 37027** | - | | | | | | | | 0.00 |
| Account No. | | | | | RE: Davidson County General Sessions Case No. 14-GC-10569 | | | | |
| **Republic Bank & Trust Company** **661 Hurstborne Parkway** **Louisville, KY 40222** | - | | | | | | | | 0.00 |
| Account No. | | | | | Additional Notice: **Republic Bank & Trust Company** | | | | |
| **Chaffin & Burnsed, PLLC** **49 Music Square West** **Nashville, TN 37203** | | | | | | | | | Notice Only |
| Account No. | | | | | RE: United States District Court for the Middle District of Tennessee Case No. 13-cv-00048 | | | | |
| **ReVal Financial** **420 Fifth Avenue, 5th Floor** **New York, NY 10018** | - | | | | | | | X | 126,202.35 |
| Account No. | | | | | Additional Notice: **ReVal Financial** | | | | |
| **ReVal Financial NPL, LLC** **5251 DTC Parkway, Suite 300** **Greenwood Village, CO 80111** | | | | | | | | | Notice Only |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

126,202.35

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __Ashoke Aditya Mukherji__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Yousef A. Hamadeh, Esq. 605 Chestnut Street, Suite 1700 Chattanooga, TN 37450 | | | | Additional Notice: ReVal Financial | | | | Notice Only |
| Account No. | | | | RE: Pennsylvania Lawsuit | | | | |
| Robert Rosen 2031 N. Broad Street, Suite 101 Lansdale, PA 19446 | | - | | | | | X | 22,000.00 |
| Account No. | | | | RE: Davidson County General Sessions Case No. 12GC14977 | | | | |
| Ryan McKinney 1504 Demonbreun Street Nashville, TN 37203 | | - | | | | | | 25,000.00 |
| Account No. | | | | Additional Notice: Ryan McKinney | | | | Notice Only |
| Jonathan S. Faught, Esq. 5110 Maryland Way, Suite 120 Brentwood, TN 37027 | | | | | | | | |
| Account No. | | | | Contingent Liability / Secured loan for Coffee Medical Group, LLC | | | | |
| Security Federal Savings Bank 1017 Smithville Hwy McMinnville, TN 37110 | X | - | | | X | | | 400,000.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

447,000.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Ashoke Aditya Mukherji__ , Case No. _____
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stock America**<br>**1806 Garner Station Blvd**<br>**Raleigh, NC 27603** | X | - | **NOTICE ONLY**<br><br>**Contingent Liability / Guaranty for Gics Foods equipment lease** | X | | | 0.00 |
| Account No.<br><br>**Truxton Trust**<br>**4525 Harding Road, Suite 300**<br>**Nashville, TN 37205** | | - | **NOTICE ONLY** | | | | 0.00 |
| Account No.<br><br>**John B. Enkema, Esq.**<br>**Kay, Griffin, Enkema & Colbert, PLLC**<br>**222 2nd Ave N #340M**<br>**Nashville, TN 37201** | | | **Additional Notice:**<br>**Truxton Trust** | | | | **Notice Only** |
| Account No.<br><br>**Vanderbilt Medical Center**<br>**Patient Department at 40118**<br>**Atlanta, GA 31192-0001** | | - | **NOTICE ONLY** | | | | 0.00 |
| Account No.<br><br>**Vanderbilt Medical Group**<br>**Dept At 40211**<br>**Atlanta, GA 31192-0211** | | - | **NOTICE ONLY** | | | | 0.00 |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **7,010,405.98**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

.

In re    **Ashoke Aditya Mukherji**                            ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chitra Mukherji Revocable Trust**<br>**518 West Main Street**<br>**McMinnville, TN 37110** | **Assume residential lease, terminates 11/2018** |

0

.

In re **Ashoke Aditya Mukherji** , Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Coffee Medical Group, LLC**<br>**481 Interstate Drive**<br>**Manchester, TN 37355** | **Security Federal Savings Bank**<br>**1017 Smithville Hwy**<br>**McMinnville, TN 37110** |
| **Coffee Medical Group, LLC**<br>**481 Interstate Drive**<br>**Manchester, TN 37355** | **Coffee County Bank**<br>**2070 Hillsboro Bouleveard**<br>**PO Box 1109**<br>**Manchester, TN 37355** |
| **Gics Foods, LLC**<br>**111 White Horse Court**<br>**Greenville, SC 29605** | **Business Development Corporation of SC**<br>**ATTN: Ron W. Paull, Sr. Vice President**<br>**PO Box 21823**<br>**Columbia, SC 29221** |
| **Gics Foods, LLC**<br>**111 White Horse Court**<br>**Greenville, SC 29605** | **Marketplace Staffing Services, Inc.**<br>**200 Adley Way**<br>**Greenville, SC 29607** |
| **Gics Foods, LLC**<br>**111 White Horse Court**<br>**Greenville, SC 29605** | **Stock America**<br>**1806 Garner Station Blvd**<br>**Raleigh, NC 27603** |
| **John Pierce**<br>**Address Unknown** | **NextGear Capital, Inc.**<br>**fka Dealer Services Company**<br>**1320 City Center Drive**<br>**Carmel, IN 46032** |
| **McArthur 23, LLC**<br>**481 Interstate Drive**<br>**Manchester, TN 37355** | **Homeland Community Bank**<br>**900 North Chancery Street**<br>**McMinnville, TN 37110** |
| **United Regional Investors Group, LLC**<br>**481 Interstate Drive**<br>**Manchester, TN 37355** | **Coffee County Bank**<br>**2070 Hillsboro Bouleveard**<br>**PO Box 1109**<br>**Manchester, TN 37355** |
| **United Regional Physicians Group, LLC**<br>**481 Interstate Drive**<br>**Manchester, TN 37355** | **Coffee County Bank**<br>**2070 Hillsboro Bouleveard**<br>**PO Box 1109**<br>**Manchester, TN 37355** |

0
——— continuation sheets attached to Schedule of Codebtors

Case 3:15-bk-07090   Doc 1   Filed 10/02/15   Entered 10/02/15 15:54:34   Desc Main
Document     Page 31 of 56

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Ashoke Aditya Mukherji** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

<u>Official Form B 6I</u>

# Schedule I: Your Income                                                                 12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:       Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | Chief Manager/Chair of Finance | |
| | Employer's name | United Regional Medical Center | |
| | Employer's address | 1001 McArthur Blvd Manchester, TN 37349 | |
| | How long employed there? | 1.5 years | |

## Part 2:       Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $     14,583.33 | $     N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$     0.00 | +$     N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $     14,583.33 | $     N/A |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ **14,583.33** | $ **N/A** |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,115.63** | $ **N/A** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| | 5e. **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ | + $ **N/A** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,115.63** | $ **N/A** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **13,467.70** | $ **N/A** |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| | 8e. **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **N/A** |
| | 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ **0.00** | + $ **N/A** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **N/A** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **13,467.70** + $ **N/A** | = $ **13,467.70** |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | 11. | +$ **0.00** | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ **13,467.70** **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

Debtor 1    **Ashoke Aditya Mukherji**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | 9 | ☐ No   ■ Yes |
| **Daughter** | 12 | ☐ No   ■ Yes |
| **Son** | 15 | ☐ No   ■ Yes |
| **Daughter (full time student)** | 18 | ☐ No   ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 4,000.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 1,007.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 678.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 750.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Case 3:15-bk-07090   Doc 1   Filed 10/02/15   Entered 10/02/15 15:54:34   Desc Main
Document     Page 34 of 56

| 6. | **Utilities:** | | | |
|----|------|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 800.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 75.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 300.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 2,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 517.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 350.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:      **Pet expenses (18 pets)** | | 21. +$ | 350.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 13,777.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 13,467.70 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 13,777.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -309.30 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain: [                                                                          ]

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Ashoke Aditya Mukherji**  _____      Case No.  _____

                                         Debtor(s)          Chapter   **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **30**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October  2, 2015**  _____      Signature   **/s/ Ashoke Aditya Mukherji**  _____

                                                                      **Ashoke Aditya Mukherji**
                                                                      Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Ashoke Aditya Mukherji**          Case No. _____

                          Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$113,961.52** | **2015 YTD: Gross Income, from last paystub** |
| **$120,000.00** | **2014: Gross Income, est.** |
| **$-68,981.00** | **2013: Line 22 of 2013 Form 1040** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                       SOURCE

---

### 3. Payments to creditors

None
■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Robert Rosen v. Nexslim International & Ashoke Mukherji** | **Civil** | **Pennsylvania** | **pending** |
| **Auto-Owners Insurance Company v. Nashville Motor Sports, LLC, Ashoke A. Mukherji, et al. 13-70-II** | **Civil** | **Chancery Court Davidson County** | **Judgment** |
| **Guy Brown Management, LLC v. Ashoke Mukherji 13C1974** | **Civil** | **Davidson County Circuit Court** | **Judgment** |
| **Legends Bank v. John H. Pierce, Ashoke A. Mukherji and Nashville Motor Sports, LLC 41310** | **Civil** | **Williamson County Chancery Court** | **Judgment** |
| **Marketplace Staffing Services, Inc. v. Ashoke "Bappa" Mukherji 2014-CP-23-00303** | **Civil** | **Greenville, South Carolina Court of Common Pleas** | **Judgment** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Marketplace Staffing Services, Inc. v. Ashoke "Bappa" Mukherji**<br>**14C1329** | **Civil - Enforcement of Foreign Judgment** | **Davidson County Circuit Court** | **Judgment** |
| **Robert Ryan McKinney v. John Harvey Pierce, Nashville Motor Sports, LLC, Ashoke "Bappa" Mukherji**<br>**12GC14977** | **Civil** | **Davidson County General Sessions** | **Judgment** |
| **Dealer Services Corporation v. Nashville Motor Sports, LLC; John Harvey Pierce, III; Ashoke Adytya Mukherji a/k/a Bappa Mukherji, and the Ashoke Mukherji Revocable Trust**<br>**12-1353** | **Civil** | **Davidson County Chancery Court** | **Judgment** |
| **Mark O. Neal and Lisa J. Neal v. Ashoke Mukherji and Catherine Mukherji**<br>**12GC17939** | **Civil** | **Davidson County General Sessions** | **Judgment** |
| **Palm Financial Services, Inc. v. Ashoke Mukherji and Cathy J. Mukherji**<br>**2013-CP-07-2384** | **Civil** | **Beaufort County, South Carolina Court of Common Pleas** | **Judgment** |
| **Republic Bank & Trust Company v. Children First, a Montessori Community and Ashoke Mukherji**<br>**14-GC-10569** | **Civil** | **Davidson County General Sessions** | **Judgment** |
| **ReVal Financial NPL, LLC v. Ashoke Mukherji**<br>**13-cv-00048** | **Civil** | **United States District Court for the Middle District of Tennessee** | **Judgment** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Timothy G. Niarhos**<br>**321 29th Avenue North**<br>**Nashville, TN 37203** | **9/2015** | **$10,000.00** |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Chitra Mukherji**<br>**518 West Main Street**<br>**McMinnville, TN 37110** | **2002 Toyota Sequoia, 101,000 miles, Est. value of $4,711.00** | **Debtor's possession** |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **844 Treemont, Nashville, TN 37220** | **same** | **2004 - 11/2013** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **McArthur 23, LLC** | 26-3903249 | **481 Interstate Drive Manchester, TN 37355** | **Company owns 23 acres of undeveloped commercial real estate in Manchester, TN** | **12/2/2008 - present** |
| **Coffee Medical Group, LLC** | 46-0485169 | **481 Interstate Drive Manchester, TN 37355** | **Company owns United Regional Medical Center in Manchester, TN** | **6/7/2002 - present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| United Regional Physicians Group, LLC | 20-2577527 | 481 Interstate Drive Manchester, TN 37355 | Company owns medical office building in Manchester, TN | 2/4/2003 - present |
| United Regional Investors Group, LLC | 26-1479495 | 481 Interstate Drive Manchester, TN 37355 | Company owns interest in Coffee Medical Group, LLC | 10/1/2007 - present |
| Gics Foods, LLC | 27-1928065 | 111 White Horse Court Greenville, SC 29605 | Food manufacturing business | 2/2010 - present |
| Guy Brown Management, LLC | | 320 Seven Springs Way, Suite 450 Brentwood, TN 37027 | Office supply distributor | 2008 - 2011 |
| Nashville Motors Sports, LLC | | 2222 8th Avenue South Nashville, TN 37204 | Used car sales | 1/2009 - 2011 |
| Guy Brown Medical, LLC | | | Medical equipment distributor | 2009 - 2011 |
| Guy Brown Investments, LLC | | | Single asset real estate holding company | 1998 - 8/2012 |

None ☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| Guy Brown Investments, LLC | |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **American City Bank**<br>**340 West Lincoln Street**<br>**Tullahoma, TN 37388** | **within 2 years preceding filing** |
| **Coffee County Bank**<br>**2070 Hillsboro Boulevard**<br>**PO Box 1109**<br>**Manchester, TN 37355** | **within 2 years preceding filing** |
| **Homeland Community Bank**<br>**900 North Chancery Street**<br>**McMinnville, TN 37110** | **within 2 years preceding filing** |
| **Security Federal Savings Bank**<br>**1017 Smithville Hwy**<br>**McMinnville, TN 37110** | **within 2 years preceding filing** |

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **October  2, 2015**          Signature  **/s/ Ashoke Aditya Mukherji**

**Ashoke Aditya Mukherji**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Ashoke Aditya Mukherji** _____    Case No. _____
                                           Debtor(s)           Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered          ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt                 ☐ Not claimed as exempt | |

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Chitra Mukherji Revocable Trust** | **Describe Leased Property:**<br>**Assume residential lease, terminates 11/2018** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **October 2, 2015** _____      Signature    **/s/ Ashoke Aditya Mukherji** _____
                                                              **Ashoke Aditya Mukherji**
                                                              Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Ashoke Aditya Mukherji**                                Case No.

Debtor(s)         Chapter     **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **All Services provided post petition shall be by separate contract executed after the petition is filed. Specifically, the prepetition contract does not include: (1) representation in any adversary proceedings, contested matters, or dischargeability actions; (2) representation in any criminal matters; (3) depositions or rule 2004 examinations in any contested matter, adversary proceeding, or any other matter; (4) representation in defense of a motion to dismiss under 11 U.S.C. 707; (5) representation or legal advice concerning objections to any claims; (6) representation or legal advice concerning matters in any court other than the U.S. Bankruptcy Court for the Middle District of Tennessee; (7) costs of appraisals or expert testimony as to valuations, costs related to expert witnesses, title examination, document retrieval, title document preparation or recordation; (8) costs of credit repair or credit bureau report corrections or clarification; (9) actions taken in protection of co-makers on debt; (10) negotiation of any release of lien or deed of trust that survives bankruptcy.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **October 2, 2015**

/s/ Timothy G. Niarhos
**Timothy G. Niarhos 014428**
**Timothy G. Niarhos, Attorney at Law**
**321 29th Avenue North**
**Nashville, TN 37203**
**615-320-1101  Fax: 615-320-1102**
**tim@niarhos.com**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Ashoke Aditya Mukherji**                         Case No. _____

                                  Debtor(s)        Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Ashoke Aditya Mukherji** | X | _/s/ Ashoke Aditya Mukherji_ | **October 2, 2015** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) _____ | X | _____ | |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Ashoke Aditya Mukherji**        Case No.

Debtor(s)     Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **October 2, 2015**      **/s/ Ashoke Aditya Mukherji**

**Ashoke Aditya Mukherji**

Signature of Debtor

ASHOKE ADITYA MUKHERJI
6 CASTLEWOOD COURT
NASHVILLE TN 37215

TIMOTHY G. NIARHOS
TIMOTHY G. NIARHOS, ATTORNEY AT LAW
321 29TH AVENUE NORTH
NASHVILLE, TN 37203

AMERICAN CITY BANK
340 WEST LINCOLN STREET
TULLAHOMA TN 37388

AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265-0448

AMERICAN EXPRESS CENTURION BANK
4315 SOUTH 2700 WEST
SALT LAKE CITY UT 84184

AUTO OWNERS INSURANCE
6101 ANACAPRI BLVD
LANSING MI 48917

BATSON NOLAN
ATTN: MATTHEW J. ELLIS, ESQ.
121 S 3RD STREET
CLARKSVILLE TN 37040

BHASKAR MUKHERJI
2110 32ND AVENUE SOUTH
NASHVILLE TN 37212

BUSINESS DEVELOPMENT CORPORATION OF SC
ATTN: RON W. PAULL, SR. VICE PRESIDENT
PO BOX 21823
COLUMBIA SC 29221

CHAFFIN & BURNSED, PLLC
49 MUSIC SQUARE WEST
NASHVILLE TN 37203

CHITRA MUKHERJI
518 WEST MAIN STREET
MCMINNVILLE TN 37110

CHITRA MUKHERJI REVOCABLE TRUST
518 WEST MAIN STREET
MCMINNVILLE TN 37110

COFFEE COUNTY BANK
2070 HILLSBORO BOULEVEARD
PO BOX 1109
MANCHESTER TN 37355

COFFEE MEDICAL GROUP, LLC
481 INTERSTATE DRIVE
MANCHESTER TN 37355

COMMUNITY BANKS OF COLORADO
277 BROADWAY, SUITE C
DENVER CO 80203

DEALER SERVICES CORPORATION
1320 CITY CENTER DRIVE, SUITE 100
CARMEL IN 46032

DWC CONSTRUCTION
800 6TH AVENUE S #100
NASHVILLE TN 37203

ERNEST B. WILLIAMS IV, PLLC
C/O MICHAEL B. SCHWEGLER
PO BOX 159264
NASHVILLE TN 37215

FROST BROWN TODD
ATTN: WILLIAM HELOU & MARK DONNELL
150 3RD AVE SOUTH
NASHVILLE TN 37201

GICS FOODS, LLC
111 WHITE HORSE COURT
GREENVILLE SC 29605

GUY BROWN MANAGEMENT, LLC
C/O JOHN CHEADLE, JR.
2404 CRESTMOOR RD
NASHVILLE TN 37215

GUY BROWN MANAGEMENT, LLC
320 SEVEN SPRINGS WAY, SUITE 450
BRENTWOOD TN 37027

HOMELAND COMMUNITY BANK
900 NORTH CHANCERY STREET
MCMINNVILLE TN 37110

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OFFICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

JOHN B. ENKEMA, ESQ.
KAY, GRIFFIN, ENKEMA & COLBERT, PLLC
222 2ND AVE N #340M
NASHVILLE TN 37201

JOHN PIERCE
ADDRESS UNKNOWN

JONATHAN S. FAUGHT, ESQ.
5110 MARYLAND WAY, SUITE 120
BRENTWOOD TN 37027

KAY, GRIFFIN, ENKEMA & COLBERT
222 2ND AVENUE NORTH
NASHVILLE TN 37201

LEGENDS BANK
2213 CRESTMOOR ROAD
NASHVILLE TN 37215

MARK O. NEAL & LISA J. NEAL
5107 HIGH VALLEY DRIVE
GRAYSVILLE TN 37338

MARKETPLACE STAFFING SERVICES, INC.
200 ADLEY WAY
GREENVILLE SC 29607

MCARTHUR 23, LLC
481 INTERSTATE DRIVE
MANCHESTER TN 37355

NABTIONAL BANK HOLDINGS CORP (NBH)
7800 EAST ORCHARD ROAD, SUITE 300
ENGLEWOOD CO 80111

NEXTGEAR CAPITAL, INC.
FKA DEALER SERVICES COMPANY
1320 CITY CENTER DRIVE
CARMEL IN 46032

PALM FINANCIAL SERVICES, INC.
C/O MCNAIR LAW FIRM, P.A.
POST OFFICE DRAWER 3
HILTON HEAD ISLAND SC 29938

RELIANT BANK
1736 CAROTHERS PARKWAY
SUITE 100
BRENTWOOD TN 37027

REPUBLIC BANK & TRUST COMPANY
661 HURSTBORNE PARKWAY
LOUISVILLE KY 40222

REVAL FINANCIAL
420 FIFTH AVENUE, 5TH FLOOR
NEW YORK NY 10018

REVAL FINANCIAL NPL, LLC
5251 DTC PARKWAY, SUITE 300
GREENWOOD VILLAGE CO 80111

RICHARD M. SMITH, ESQ.
SMITH CASHION & ORR
231 THIRD AVENUE NORTH
NASHVILLE TN 37201

ROBERT ROSEN
2031 N. BROAD STREET, SUITE 101
LANSDALE PA 19446

RYAN MCKINNEY
1504 DEMONBREUN STREET
NASHVILLE TN 37203

SECURITY FEDERAL SAVINGS BANK
1017 SMITHVILLE HWY
MCMINNVILLE TN 37110

SHUNTA GRANT, ESQ.
550 SOUTH MAIN STREET, SUITE 400
GREENVILLE SC 29601

STOCK AMERICA
1806 GARNER STATION BLVD
RALEIGH NC 27603

THOMAS SHUMATE, IV
MERIDIAN LAW
2002 RICHARD JONES ROAD, SUITE B-200
NASHVILLE TN 37215

TRUXTON TRUST
4525 HARDING ROAD, SUITE 300
NASHVILLE TN 37205

UNITED REGIONAL INVESTORS GROUP, LLC
481 INTERSTATE DRIVE
MANCHESTER TN 37355

UNITED REGIONAL PHYSICIANS GROUP, LLC
481 INTERSTATE DRIVE
MANCHESTER TN 37355

VANDERBILT MEDICAL CENTER
PATIENT DEPARTMENT AT 40118
ATLANTA GA 31192-0001

VANDERBILT MEDICAL GROUP
DEPT AT 40211
ATLANTA GA 31192-0211

```
WILLIAM H. TATE, ESQ.
201 FOURTH AVENUE NORTH
SUITE 1900
NASHVILLE TN 37218

YOUSEF A. HAMADEH, ESQ.
605 CHESTNUT STREET, SUITE 1700
CHATTANOOGA TN 37450

ZWICKER & ASSOCIATES, PC
5409 MARYLAND WAY, SUITE 333
BRENTWOOD TN 37027

ZWICKER & ASSOCIATES, PC
5409 MARYLAND WAY, SUITE 110
BRENTWOOD TN 37027
```